IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

MARK ORAVETZ,                       Civ. No. 6:24-cv-00421-AA

         Plaintiff,                 **JUDGMENT**

    v.

PROBATE WASHINGTON STATE;
USM LOU ORAVETZ,

         Defendants.

_____

AIKEN, District Judge.

     This case is DISMISSED without prejudice.

     It is so ORDERED and DATED this   24th   day of April 2024.

                                   /s/Ann Aiken
                                   ANN AIKEN
                                   United States District Judge